IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NAMEAH HELAIRE, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CASE NO. 2:25-CV-00793-JRG-RSP |
| BREAHNA MCKINNEY *and* PINE WOOD APARTMENTS, | § § § | |
| *Defendants*. | § § | |

**ORDER**

Breahna McKinney and Pine Wood Apartments ("Defendants") previously filed a Motion to Dismiss Pursuant to Rule 12(b)(1) and (6) ("Motion"). (Dkt. No. 6.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 12), recommending grant of Defendants' Motion. Nameah Helaire ("Plaintiff") has now filed untimely Objections. (Dkt. No. 13.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Plaintiff's untimely Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections as both untimely and without merit and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 6) is **GRANTED**.

However, because a *pro se* plaintiff should be allowed to amend before dismissal, *see Brewster v. Dretke*, 587 F.3d 764, 767–68 (5th Cir. 2009) (per curiam) (citation omitted), the Court finds it is appropriate to **GRANT** Plaintiff leave to amend her complaint. However, Plaintiff's Amended Complaint, filed at Dkt. No. 14, is **STRUCK** under Rule 15(a)(1)(B). Accordingly, it is hereby **ORDERED** that Plaintiff has leave to amend her complaint within ten (10) days of the date of this Order.

**So ORDERED and SIGNED this 23rd day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE